**Writ of Mandamus is Denied; Opinion Filed August 1, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01018-CV

### IN RE PILOT TRAVEL CENTERS, LLC, Relator

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-09096**

## MEMORANDUM OPINION

Before Justices O'Neill, Lang-Miers, and Evans
Opinion by Justice Evans

In this petition for writ of mandamus, relator asks this Court to order the trial judge to find the date on which it first learned of an order denying arbitration. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown it is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus.

/David Evans/
DAVID EVANS
131018F.P05                                           JUSTICE